AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | U. S. Court of Appeals | 05/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

2270 United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Trustee | St. Edmund's Academy |
| 3. | Adjunct Law Professor (pro bono) | Duquesne Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | The First City Company |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | April 7-8, 2014 | Boston, MA | Lecture | Transportation, meals, hotel |
| 2. | The Federalist Society | Apirl 17-18, 2014 | New Haven, CT | Lecture | Transportation, meals, hotel |
| 3. | Academy of Trial Lawyers of Allegheny County | October 2-3, 2014 | Farmington, PA | Seminar | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Checking Account | A | Interest | K | T | | | | | |
| 2. Capital One Savings Acct. | B | Interest | | | Closed | 02/14/14 | M | A | |
| 3. PNC Money Market Acct. | A | Interest | O | T | | | | | |
| 4. Vangard Prmpcp Mut. Fund (MF) | A | Dividend | L | T | | | | | |
| 5. Fulton Financial Stk (CS) | A | Dividend | J | T | | | | | |
| 6. WELLS FARGO EQUITY ACCOUNT | | | | | | | | | |
| 7. Wells Fargo MM | A | Interest | N | T | | | | | |
| 8. Altisource Asset Management | | None | K | T | Buy | 10/31/14 | J | | |
| 9. Altisource Asset Management | | None | K | T | Sold (part) | 11/17/14 | K | D | |
| 10. Altisource Asset Management | | None | | | Sold | 12/22/14 | J | A | |
| 11. Altisource Portfolio Solutions CS | | None | K | T | Buy | 04/25/14 | J | | |
| 12. Altisource Portfolio Solutions CS | | None | K | T | Buy | 08/12/14 | J | | |
| 13. AIG Group | A | Dividend | K | T | Sold (part) | 05/08/14 | K | D | |
| 14. Apple | B | Dividend | L | T | | | | | |
| 15. Bank New York Mellon CS | A | Dividend | K | T | | | | | |
| 16. Barrick Gold Corp CS | A | Dividend | | | Sold | 12/31/14 | J | A | |
| 17. Berkshire Hathaway | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chemtura | | None | L | T | Sold (part) | 09/02/14 | J | D | |
| 19. Chemtura | | None | L | T | Sold (part) | 11/03/14 | J | B | |
| 20. Cisco Systems CS | B | Dividend | | | Sold | 02/12/14 | K | D | |
| 21. Citigroup | A | Dividend | L | T | | | | | |
| 22. Continental Building Products | | None | K | T | Buy | 08/04/14 | K | | |
| 23. Corning CS | A | Dividend | | | Sold | 09/17/14 | K | D | |
| 24. Direct TV CS | | None | L | T | | | | | |
| 25. Dish Network CS | | None | L | T | | | | | |
| 26. Disney CS | A | Dividend | | | Sold | 11/11/14 | K | E | |
| 27. Domtar Corp CS | A | Dividend | | | Sold | 02/13/14 | K | E | |
| 28. Ebay CS | | None | K | T | | | | | |
| 29. Express Scripts | | None | L | T | | | | | |
| 30. General Motors | B | Dividend | L | T | Buy | 03/17/14 | K | | |
| 31. General Motors | B | Dividend | L | T | Buy | 09/29/14 | K | | |
| 32. Goldman Sachs | A | Dividend | K | T | | | | | |
| 33. Google | | None | K | T | | | | | |
| 34. Google Class C Nonvoting | | None | K | T | Spinoff (from line 33) | 04/03/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Google Class A Voting | | None | K | T | | | | | |
| 36. JP Morgan Chase CS | B | Dividend | L | T | | | | | |
| 37. Kinross Gold_lorp | | None | J | T | | | | | |
| 38. Market Vectors Gold | A | Dividend | K | T | Buy | 10/09/14 | K | | |
| 39. Newscorp CLA | | None | J | T | | | | | |
| 40. Newscorp CLB | | None | K | T | | | | | |
| 41. Newmont Mining | A | Dividend | | | Sold | 12/13/14 | J | A | |
| 42. Pacific Drilling | | None | K | T | Buy | 09/22/14 | K | | |
| 43. Range Resources | A | Dividend | K | T | Buy | 12/19/14 | K | | |
| 44. T. Mobile (previously Metropsc Communications | | None | L | T | Buy | 12/11/14 | J | | |
| 45. Time Warner (new) | A | Dividend | K | T | | | | | |
| 46. Time | A | Dividend | | | Sold | 06/12/14 | J | A | |
| 47. TRW Automotive Holdings | | None | K | T | Sold (part) | 02/28/14 | K | D | |
| 48. TRW Automotive Holdings | | None | K | T | Sold (part) | 04/01/14 | K | D | |
| 49. TRW Automotive Holdings | | None | K | T | Sold (part) | 08/08/14 | K | D | |
| 50. Tweny-First Century CLA | A | Dividend | M | T | Spinoff (from line 39) | 07/01/14 | K | | |
| 51. US Bancorp CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WELLS FARGO BOND ACCOUNT | | | | | | | | | |
| 53. Wells Fargo MM | A | Interest | K | T | | | | | |
| 54. RBS Capital Funding f/k/a ABN Amro Cap VII | B | Dividend | K | T | | | | | |
| 55. Abington PA School Dist. | B | Interest | K | T | | | | | |
| 56. AmerisourceBergen Corp CS | A | Dividend | J | T | | | | | |
| 57. Barclays Bank PLC Pfd. Stk (PF) | B | Dividend | K | T | | | | | |
| 58. Deutsche Bank | B | Interest | K | T | | | | | |
| 59. Duke Energy PF | A | Dividend | K | T | | | | | |
| 60. Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 61. Eaton Vance Gr. India MF | A | Dividend | K | T | | | | | |
| 62. Guggenheim Credit Allocation Fd | C | Dividend | K | T | | | | | |
| 63. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 64. Monroeville PA Mun. | A | Interest | K | T | | | | | |
| 65. Mount Lebanon PA | B | Interest | K | T | | | | | |
| 66. Octorara PA Area | B | Interest | K | T | | | | | |
| 67. Pennsylvania HSG | A | Interest | K | T | | | | | |
| 68. Spectra Energy Corp PF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. University Area Jt. | A | Interest | K | T | | | | | |
| 70. Washington Mutual Invest. MF | B | Dividend | L | T | | | | | |
| 71. Capital World Income MF | A | Dividend | K | T | | | | | |
| 72. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 73. New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 74. Lord Abbett Inv. Trust C Class | B | Dividend | L | T | Sold (part) | 01/31/14 | J | A | |
| 75. Lord Abbett Inv. Trust Class A | D | Dividend | M | T | | | | | |
| 76. Flaherty & Crumrin | C | Dividend | L | T | Buy | 01/31/14 | L | | |
| 77. Chemtura Corp | | None | K | T | | | | | |
| 78. Citigroup | A | Dividend | J | T | | | | | |
| 79. Dish Network Class A | | None | K | T | | | | | |
| 80. IAMGOLD Corp | | None | J | T | | | | | |
| 81. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 82. Kinross Gold Corp | | None | J | T | | | | | |
| 83. T Mobile | | None | K | T | | | | | |
| 84. MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Buy | 04/29/14 | M | | |
| 85. MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 05/21/14 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 06/23/14 | M | A | |
| 87. | MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 07/21/14 | M | A | |
| 88. | MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 08/21/14 | M | A | |
| 89. | MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 09/22/14 | M | A | |
| 90. | MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 10/16/14 | M | A | |
| 91. | MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 11/21/14 | M | A | |
| 92. | MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | Sold (part) | 12/22/14 | M | A | |
| 93. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 04/29/14 | L | | |
| 94. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 05/21/14 | J | | |
| 95. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 06/23/14 | J | | |
| 96. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 07/21/14 | J | | |
| 97. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 08/21/14 | J | | |
| 98. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 09/22/14 | J | | |
| 99. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 10/16/14 | J | | |
| 100. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 11/21/14 | J | | |
| 101. | MFS Global Total Rtn Fund Class A | C | Dividend | M | T | Buy | 12/22/14 | J | | |
| 102. | MFS Growth Class A | | None | M | T | Buy | 04/29/14 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MFS Growth Class A | | None | M | T | Buy | 05/21/14 | J | | |
| 104. MFS Growth Class A | | None | M | T | Buy | 06/23/14 | J | | |
| 105. MFS Growth Class A | | None | M | T | Buy | 07/21/14 | J | | |
| 106. MFS Growth Class A | | None | M | T | Buy | 08/21/14 | J | | |
| 107. MFS Growth Class A | | None | M | T | Buy | 09/22/14 | J | | |
| 108. MFS Growth Class A | | None | M | T | Buy | 10/16/14 | K | | |
| 109. MFS Growth Class A | | None | M | T | Buy | 11/21/14 | J | | |
| 110. MFS Growth Class A | | None | M | T | Buy | 12/22/14 | J | | |
| 111. MFS Mid Cap Value | A | Dividend | M | T | Buy | 04/29/14 | M | | |
| 112. MFS Mid Cap Value | A | Dividend | M | T | Buy | 05/21/14 | J | | |
| 113. MFS Mid Cap Value | A | Dividend | M | T | Buy | 06/23/14 | J | | |
| 114. MFS Mid Cap Value | A | Dividend | M | T | Buy | 07/21/14 | J | | |
| 115. MFS Mid Cap Value | A | Dividend | M | T | Buy | 08/21/14 | J | | |
| 116. MFS Mid Cap Value | A | Dividend | M | T | Buy | 09/22/14 | J | | |
| 117. MFS Mid Cap Value | A | Dividend | M | T | Buy | 10/16/14 | K | | |
| 118. MFS Mid Cap Value | A | Dividend | M | T | Buy | 11/21/14 | J | | |
| 119. MFS Mid Cap Value | A | Dividend | M | T | Buy | 12/22/14 | J | | |

1. Income Gain Codes: A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Buy | 04/29/14 | N | | |
| 121.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 05/21/14 | N | A | |
| 122.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 06/23/14 | N | A | |
| 123.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 07/21/14 | N | A | |
| 124.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 08/21/14 | N | A | |
| 125.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 09/22/14 | N | A | |
| 126.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 10/16/14 | N | A | |
| 127.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 11/21/14 | N | A | |
| 128.  MFS Municipal Limited Maturity Fund | A | Dividend | K | T | Sold (part) | 12/22/14 | N | A | |
| 129.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 04/29/14 | M | | |
| 130.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 05/21/14 | J | | |
| 131.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 06/23/14 | J | | |
| 132.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 07/21/14 | J | | |
| 133.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 08/21/14 | J | | |
| 134.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 09/22/14 | J | | |
| 135.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 10/16/14 | K | | |
| 136.  MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 11/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MFS Global Equity Fund Class A | B | Dividend | M | T | Buy | 12/22/14 | J | | |
| 138. MFS International Growth Fund | B | Dividend | M | T | Buy | 04/29/14 | L | | |
| 139. MFS International Growth Fund | B | Dividend | M | T | Buy | 05/21/14 | J | | |
| 140. MFS International Growth Fund | B | Dividend | M | T | Buy | 06/23/14 | J | | |
| 141. MFS International Growth Fund | B | Dividend | M | T | Buy | 07/21/14 | J | | |
| 142. MFS International Growth Fund | B | Dividend | M | T | Buy | 08/21/14 | J | | |
| 143. MFS International Growth Fund | B | Dividend | M | T | Buy | 09/22/14 | J | | |
| 144. MFS International Growth Fund | B | Dividend | M | T | Buy | 10/16/14 | J | | |
| 145. MFS International Growth Fund | B | Dividend | M | T | Buy | 11/21/14 | J | | |
| 146. MFS International Growth Fund | B | Dividend | M | T | Buy | 12/22/14 | J | | |
| 147. MFS International Value Fund | C | Dividend | M | T | Buy | 04/29/14 | L | | |
| 148. MFS International Value Fund | C | Dividend | M | T | Buy | 05/21/14 | J | | |
| 149. MFS International Value Fund | C | Dividend | M | T | Buy | 06/23/14 | J | | |
| 150. MFS International Value Fund | C | Dividend | M | T | Buy | 07/21/14 | J | | |
| 151. MFS International Value Fund | C | Dividend | M | T | Buy | 08/21/14 | J | | |
| 152. MFS International Value Fund | C | Dividend | M | T | Buy | 09/22/14 | J | | |
| 153. MFS International Value Fund | C | Dividend | M | T | Buy | 10/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MFS International Value Fund | C | Dividend | M | T | Buy | 11/21/14 | J | | |
| 155. MFS International Value Fund | C | Dividend | M | T | Buy | 12/22/14 | J | | |
| 156. 401(k) ACCOUNT #1A | | | | | | | | | |
| 157. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | K | T | | | | | |
| 158. Lg. Value Growth (T. Rowe Price) | A | Dividend | K | T | | | | | |
| 159. Mid Cap Value (Perkins Mid Cap Value) | A | Dividend | K | T | | | | | |
| 160. International Value II (Dodge & Cox) | A | Dividend | J | T | | | | | |
| 161. International Growth (Jamns Overseas) | A | Dividend | J | T | | | | | |
| 162. 401(k) ACCOUNT #2 | | | | | | | | | |
| 163. Merrill Lynch | A | Interest | J | T | | | | | |
| 164. LSI (f/k/a Agere Systems) CS | | None | | | Sold | 07/07/14 | J | A | |
| 165. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 166. Century Link | B | Dividend | K | T | Buy | 04/01/14 | J | | |
| 167. Citigroup CS | A | Dividend | J | T | | | | | |
| 168. General Electric CS | A | Dividend | J | T | | | | | |
| 169. Merck CS | A | Dividend | | | Sold | 02/14/14 | J | B | |
| 170. Nektar Therapeutics CS | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Panacos Pharm. CS | | None | | | Sold | 07/07/14 | J | A | |
| 172.  Pfizer CS | A | Dividend | | | Sold | 04/01/14 | J | B | |
| 173.  Sirius CS | | None | K | T | | | | | |
| 174.  Wilsons Leather CS | | None | | | Sold | 07/07/14 | J | A | |
| 175.  TRUST #1 (Kate) | | | | | | | | | |
| 176.  Wells Fargo Account | A | Interest | K | T | | | | | |
| 177.  AMCAP MF | A | Dividend | M | T | | | | | |
| 178.  Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 179.  Europacific Growth MF | A | Dividend | L | T | Buy | 01/13/14 | J | | |
| 180.  Fundamental Inv. MF | B | Dividend | M | T | Buy | 10/16/14 | J | | |
| 181.  Growth Fund of America MF | A | Dividend | M | T | | | | | |
| 182.  Investment Co. of America MF | B | Dividend | L | T | Buy | 10/16/14 | J | | |
| 183.  New Perspective MF | A | Dividend | M | T | | | | | |
| 184.  Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 185.  TRUST #2 (Matt) | | | | | | | | | |
| 186.  Wells Fargo Account | A | Interest | K | T | | | | | |
| 187.  AMCAP MF | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 189. Europacific Growth MF | B | Dividend | L | T | Buy | 01/13/14 | J | | |
| 190. Fundamental Inv. MF | A | Dividend | L | T | Buy | 10/16/14 | J | | |
| 191. Growth Fund of America MF | A | Dividend | L | T | | | | | |
| 192. Investment Co. of America MF | A | Dividend | L | T | Buy | 10/16/14 | J | | |
| 193. New Perspective MF | A | Dividend | L | T | | | | | |
| 194. Washington Mutual Inv. MF | A | Dividend | L | T | | | | | |
| 195. TRUST #3 (Ris) | | | | | | | | | |
| 196. Wells Fargo Account | A | Interest | L | T | | | | | |
| 197. AMCAP MF | A | Dividend | L | T | | | | | |
| 198. Capital World Gr. & Income MF | B | Dividend | L | T | | | | | |
| 199. Europacific Growth MF | A | Dividend | L | T | Buy | 01/13/14 | J | | |
| 200. Fundamental Inv. MF | A | Dividend | L | T | Buy | 10/16/14 | J | | |
| 201. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 202. Investment Co. of America MF | A | Dividend | L | T | Buy | 10/16/14 | J | | |
| 203. New Perspective MF | A | Dividend | L | T | | | | | |
| 204. Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. TRUST #4 (FAMILY #3) | | | | | | | | | |
| 206. Wells Fargo Account | A | Interest | J | T | | | | | |
| 207. AMCAP MF | A | Dividend | M | T | | | | | |
| 208. Fundamental Inv. MF | B | Dividend | M | T | | | | | |
| 209. Growth Fund of America MF | A | Dividend | M | T | | | | | |
| 210. Investment Co. of America MF | B | Dividend | M | T | | | | | |
| 211. Lord Abbet Inv. Trust | A | Dividend | J | T | Sold (part) | 03/04/14 | K | A | |
| 212. New Perspective MF | A | Dividend | L | T | | | | | |
| 213. Washington Mutual Inv. MF | B | Dividend | M | T | | | | | |
| 214. TRUST #5 (LZH Fam Trust) | | | | | | | | | |
| 215. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 216. AMCAP MF | A | Dividend | K | T | | | | | |
| 217. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 218. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 219. Eaton Vance Gr. India MF | B | Dividend | L | T | | | | | |
| 220. INTL Growth & Income MF | B | Dividend | K | T | | | | | |
| 221. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 223. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 224. JJ Lorick LLC | | None | P1 | T | | | | | |
| 225. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 226. Altisource Portfolio CS | | None | | | Sold | 12/22/14 | J | A | |
| 227. Altisource Portfolio | | None | | | Sold | 11/17/14 | J | C | |
| 228. Altisource Portfolio | | None | K | T | Buy | 10/31/14 | J | | |
| 229. Altisource Portfolio | | None | K | T | Buy | 08/12/14 | J | | |
| 230. Altisource Portfolio | | None | K | T | Buy | 07/11/14 | J | | |
| 231. Altisource Portfolio | | None | K | T | Buy | 04/25/14 | J | | |
| 232. AIG Group | A | Dividend | K | T | Sold (part) | 05/08/14 | J | B | |
| 233. Apple Inc. | A | Dividend | K | T | | | | | |
| 234. Bank of NY Mellon | A | Dividend | K | T | | | | | |
| 235. Barrick Gold CS | A | Dividend | | | Sold | 12/31/14 | J | A | |
| 236. Berkshire Hathaway | | None | K | T | | | | | |
| 237. Chemtura | | None | K | T | Sold (part) | 11/03/14 | J | A | |
| 238. Chemtura | | None | K | T | Sold (part) | 09/02/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Cisco Systems CS | A | Dividend | | | Sold | 02/12/14 | K | C | |
| 240. Citigroup | A | Dividend | K | T | | | | | |
| 241. Continental Building Products | | None | K | T | Buy | 08/01/14 | J | | |
| 242. Corning | A | Dividend | | | Sold | 09/17/14 | J | A | |
| 243. Direct TV CS | | None | K | T | | | | | |
| 244. Dish Network CS | | None | K | T | | | | | |
| 245. Domtar | A | Dividend | | | Sold | 02/13/14 | J | D | |
| 246. Ebay CS | | None | J | T | | | | | |
| 247. Express Scripts | | None | K | T | | | | | |
| 248. General Motors | A | Dividend | J | T | Buy | 03/17/14 | J | | |
| 249. General Motors | A | Dividend | J | T | Buy | 07/31/14 | J | | |
| 250. General Motors | A | Dividend | J | T | Buy | 09/29/14 | J | | |
| 251. Goldman Sachs | A | Dividend | K | T | | | | | |
| 252. Google | | None | K | T | | | | | |
| 253. JPMorgan Chase CS | A | Dividend | K | T | | | | | |
| 254. Market Vectors Gold | A | Dividend | J | T | Buy | 10/09/14 | J | | |
| 255. Newscorp - CLA | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Newscorp - CLB | | None | J | T | | | | | |
| 257. Pacific Drilling | | None | J | T | Buy | 09/19/14 | J | | |
| 258. Range Resources | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 259. Kinross Gold Corp | | None | J | T | | | | | |
| 260. T Mobile | | None | J | T | Buy | 12/11/14 | J | | |
| 261. Time Warner, Inc. New | A | Dividend | | | Sold | 06/12/14 | J | A | |
| 262. TRW Automotive Holdings | | None | J | T | Sold (part) | 04/11/14 | J | B | |
| 263. TRW Automotive Holdings | | None | J | T | Sold (part) | 02/28/14 | J | B | |
| 264. TRW Automotive Holdings | | None | J | T | Sold (part) | 08/07/14 | J | B | |
| 265. Twenty First Century Fox | A | Dividend | K | T | | | | | |
| 266. US Bancorp CS | A | Dividend | K | T | | | | | |
| 267. TRUST #6 -- No longer have any interest | | | | | | | | | |
| 268. REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 269. West Moon Twp. Assoc. | E | Distribution | M | U | | | | | |
| 270. Bensalem Realty Assoc. | G | Distribution | N | U | | | | | |
| 271. FC Donegal Assoc. | G | Distribution | P1 | U | | | | | |
| 272. First City GA Partners | F | Distribution | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 274. SCHWAB ACCOUNT | | None | | | Closed | 03/04/14 | J | A | |
| 275. Agilent Technologies | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 276. Apple | A | Dividend | | | Sold | 03/04/14 | J | A | |
| 277. Automatic Data Proc. CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 278. BCE New | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 279. Becton Dickinson CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 280. Colgate Palmolive CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 281. Conoco Phillips CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 282. Eaton Corp | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 283. Emerson Elec. CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 284. Exxon Mobile CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 285. IBM CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 286. Johnson & Johnson CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 287. Lowes | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 288. Mastercard | A | Dividend | | | Sold | 03/04/14 | K | E | |
| 289. Microsoft | A | Dividend | | | Sold | 03/04/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Pepsico CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 291. Pfizer | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 292. PNC Financial CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 293. Praxair CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 294. Republic Services CS | A | Dividend | | | Sold | 03/04/14 | K | C | |
| 295. Rock-Tenn Co CUA | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 296. Schlumberger CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 297. Symantec Corp | A | Dividend | | | Sold | 03/04/14 | J | C | |
| 298. Schwab MM | A | Interest | | | Sold | 03/04/14 | M | A | |
| 299. Synopsys | | None | | | Sold | 03/04/14 | K | D | |
| 300. Unilever CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 301. United Parcel Svc. CS | A | Dividend | | | Sold | 03/04/14 | K | D | |
| 302. Xylem | A | Dividend | | | Sold | 03/04/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE: Items in Lines 173-219 from the 2013 Financial Disclosure Report are no longer managed by LZH. They were securities held by a family trust for the benefit of LZH's sister. LZH has transferred all control and management to her sister, and she is no longer a trustee.

NOTE: The asset IAMGOLD Corp listed in Line 80 was acquired on April 17, 2013, and was inadvertently left off of my 2013 Financial Disclosure Report. Please accept this amendment to also amend my 2013 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Hardiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544